IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

**<u>ALTERNATIVE DISPUTE RESOLUTION SUMMARY</u>**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: **7:23-CV-00017-O**

2. Style of case: ***Donal Merriex, Jr. vs. Family Dollar Stores of Texas, LLC***

3. Nature of suit: **Personal Injury**

4. Method of ADR used: **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial

5. Date ADR session was held: **May 4, 2023**

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.

   **X** Settled as a result of ADR.   ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: **$750 per party**

8. Duration of ADR: **One-half day**   *(i.e., one day, two hours)*

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   **Donal Merriex, Jr., Plaintiff**
   **Carolyn Ostovich, Attorney for Plaintiff**
   **Kristen Wilcox, Sedgwick Claims**
   **Robin R. Gant, Attorney for Defendant**

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _/s/ Beth Krugler_                                   5/12/2023
    M. Beth Krugler, Attorney-Mediator          Date

    604 E. Fourth St., Suite 201 Fort Worth, TX 76102       (817) 377 8081
    Address                                                                        Telephone

## **Alternative Dispute Resolution Summary**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name:       Carolyn Ostovich
Firm:       Ostovich & Associates
Address:    900 Scott Ave, Suite 205
            Wichita Falls, TX 76301
Telephone:  940-761-2000


Name:       Robin R. Gant
Firm:       Mayer LLP
Address:    750 N. Saint Paul St., Suite 700
            Dallas, TX 75201
Telephone:  214-379-6900